In the Matter of the Claim of GEORGE W. SMITH, Respondent, against METAL STAMPING COMPANY et al., Appellants.

· STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — jurisdiction of state industrial board to reopen case where claim has been disallowed and after new hearing allow compensation — sufficiency of notice.*

*Smith* v. *Metal Stamping Co.*, 204 App. Div. 850, affirmed.

(Argued March 1, 1923; decided March 20, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 28, 1922, affirming an award of the state industrial board made under the Workmen's Compensation Law. The questions were as to whether the state industrial board had jurisdiction to reopen a case after dismissal of the claim for insufficiency of notice and after rehearing grant an award; also as to the sufficiency of the notice under section 18 of the Workmen's Compensation Law.

*Clarence B. Tippett* for appellants.

*Carl Sherman, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

BYRON AMES, Respondent, *v.* JOHN B. PAYNE, Director-General and Agent under Section 206 of the Transportation Act of 1920, Appellant.

*Appeal — order of Appellate Division reversing judgment entered upon verdict and granting new trial — appeal therefrom dismissed.*

*Ames* v. *Payne*, 199 App. Div. 944, appeal dismissed.

(Argued March 1, 1923; decided March 20, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 16, 1922, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have

37